(156 App. Div. 808.)

### KERR v. SMITH et al.

(Supreme Court, Appellate Division, First Department. May, 1913.)

Appeal from Special Term, New York County.

Action by Emilie W. Kerr, as executrix of Eliza M. Smith, deceased, against Addison Smith and another. From an order denying a motion to vacate attachment on original papers, defendant named appeals. Reversed.

See, also, 142 N. Y. Supp. 57.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

James R. Sloane, of New York City, for appellant.
Edward D. Bryde, of New York City, for respondent.

PER CURIAM. Appeal from an order denying defendant's motion to vacate an attachment. For the reasons given for the reversal of the order denying defendant's motion to dismiss the attachment on further papers, the order on this appeal should be reversed, with $10 costs and disbursements.